

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00362-CV

Samuel C. **PERKINS**,
Appellant

v.

Lawanda C. Bryant **PERKINS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI04753
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

Delivered and Filed: July 26, 2017

DISMISSED FOR WANT OF PROSECUTION

Appellant Samuel C. Perkins filed a notice of appeal in this court on June 5, 2017.

Appellant was required to pay $205.00 and $10.00 in filing fees to this court. *See* TEX. R. APP.

P. 5.[1] Appellant did not timely pay the required fees. Accordingly, when the fees remained

unpaid, on June 27, 2017, this court ordered Appellant to provide written proof to this court not

---

[1] *See also* TEX. GOV'T CODE ANN. § 51.207(b)(1) (filing fee $100.00) (West Supp. 2015); *id.* §§ 51.0051, .208 (additional fee $50.00); *id.* § 51.851(b) (electronic filing fee $20.00); *id.* § 51.941(a) (services for indigents fee $25.00); Texas Supreme Court Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07–9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B.l.(a).

later than July 7, 2017, that the filing fees have been paid or Appellant is entitled to appeal without paying the filing fees. *See id.* We warned Appellant that if he failed to respond as ordered, the appeal would be dismissed without further notice. *See id.* R. 5, 42.3; *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883, at *1 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

To date, Appellant has not paid the fees or filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

PER CURIAM